UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-10-20

United States of America,

**ORDER**

**18-CR-420 (ALC)**

-v-

Larry Smith,

        Defendant(s)

----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the April 10, 2020 sentencing is adjourned to

**April 13, 2020** at **12:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       March 10, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**