UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
  UNITED STATES OF AMERICA       :
                                                       :
                -against-                :      18-CR-420 (ALC)
                                                  :      **ORDER**
  LARRY SMITH,                      :
                              Defendants.  :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The April 13, 2020 sentencing is adjourned to **July 8, 2020** at **11:00 a.m.**

**SO ORDERED.**

**Dated: April 7, 2020
       New York, New York**

                                                          _____
                                                          **ANDREW L. CARTER, JR.
                                                          United States District Judge**