```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                          :
                                                                           :
                  **Plaintiff,**    :
                                                                           :   **18-CR-420 (ALC)**
   -against-                                          :
                                                                           :   **ORDER**
**LARRY SMITH,**                                             :
                                                                           :
                 **Defendant.**   :
                                                                           :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for July 8, 2020 is adjourned to **August 10, 2020** at **2:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
             **July 1, 2020**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**