USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

United States of America,

                -v-

Larry Smith,

        Defendant(s)
----------------------------------------------------------X

                                        **ORDER**
                                       18-CR-420 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

    The August 10, 2020 sentencing is adjourned to **October 7, 2020** at **10:30 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       July 9, 2020

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **UNITED STATES DISTRICT JUDGE**