USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-1-20_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

               -against-

Larry Smith,
-----------------------------------------------------------X

**ORDER**
18-CR-420 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing scheduled for October 7, 2020 is adjourned to **January 8, 2021** at 10:00 a.m.

    SO ORDERED.

Dated: New York, New York
       October 1, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE