USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/22/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 18-CR-420 (ALC)
:
LARRY SMITH, : ORDER
:
Defendant. :
:
-----------------------------------------------X

ANDREW L. CARTER, United States District Judge:

Defendant's application to modify the conditions of his bond is GRANTED. In particular, the Court determines that the condition of Home Incarceration is terminated and instead a Curfew, with hours to be determined by pretrial services and enforcement with electronic monitoring, is imposed.

SO ORDERED.

Dated: January 22, 2021
New York, New York

_Andrew L. Carter_
Andrew L. Carter, Jr.
United States District Judge