USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-31-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                              **ORDER**

                              18-CR-420 (ALC)

      -against-

Larry Smith,
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The Sentencing scheduled for April 7, 2021 is adjourned to **July 9, 2021** at **10:00 a.m.**

      **SO ORDERED.**

Dated: New York, New York
       March 24, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**