USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                            **ORDER**
                                                            18-CR-420 (ALC)

          -against-

Larry Smith,

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The sentencing scheduled for today, July 9, 2021 is adjourned to **October 12, 2021** at **2:00 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       July 9, 2021

                                                        _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**