UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                              ORDER
                              18-CR-420 (ALC)

    -against-

Larry Smith,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing set for October 12, 2021 is adjourned to **April 19, 2022** at **2:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       October 7, 2021

                                            ANDREW L. CARTER, JR.
                                            UNITED STATES DISTRICT JUDGE