**MEMO ENDORSED**



STROOCK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___**4/6/22**___

April 5, 2022

Ellen M. Murphy
Direct Dial  212-806-5435
emurphy@stroock.com

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

> Re:     *United States v. Hernandez,* et al. – Larry Smith
>          Docket No. 18-CR-420 (ALC)

Dear Judge Carter:

We represent defendant Larry Smith in the above-captioned case.  Mr. Smith is currently scheduled to be sentenced on April 19, 2022.  I write to request a brief adjournment of the sentencing date as I will be traveling that week with my family.  I respectfully request a new sentencing date for any date after April 26, 2022.  I have spoken with AUSA Christopher Clore about this request and he has informed me that the government has no objection to this application.

Thank you for your consideration of this application.  I am available at the Court's convenience if Your Honor has any questions.

Very truly yours,

*Ellen M. Murphy*

Ellen M. Murphy

cc:     AUSA Christopher Clore (*via ECF*)
        Gregory Morvillo, Esq. (*via ECF*)

The application is **GRANTED.**  Sentencing adjourned to May 5, 2022 at 3:30 p.m.
So Ordered.

*Andrew L. Carter*
4/6/22

STROOCK & STROOCK & LAVAN LLP New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com