**MEMO ENDORSED**



**STROOCK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/14/22__
```

April 12, 2022

Ellen M. Murphy
Direct Dial 212-806-5435
emurphy@stroock.com

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

    Re: *United States v. Hernandez,* et al. – Larry Smith
      Docket No. 18-CR-420 (ALC)

Dear Judge Carter:

  We represent defendant Larry Smith in the above-captioned case. Last week, I wrote the Court seeking to adjourn Mr. Smith's sentencing date, which was then scheduled for April 19, 2022 (*See* ECF Dkt. No. 803). On April 6, 2022, Your Honor granted my application and adjourned Mr. Smith's sentencing to May 5, 2022 at 3:30 pm (*See* ECF Dkt. No. 804). Unfortunately, I already have another sentencing scheduled for May 5, 2022 at 2:30 pm at the White Plains Courthouse in the matter, *United States v. Joseph Cimino,* 21-CR-00334. I write to respectfully request that the Court further adjourn Mr. Smith's sentencing.

I have conferred with AUSA Christopher Clore, who has no objection to this request, and my co-counsel, Gregory Morvillo, and we are all available for a sentencing hearing on the following dates: May 9, May 11, May 13, May 17, and May 19, if any of those dates are convenient for the Court. AUSA Clore is not available the week of May 23.

  Thank you for your consideration of this application. I am available at the Court's convenience if Your Honor has any questions.

Very truly yours,

*Ellen M. Murphy*

Ellen M. Murphy

cc: AUSA Christopher Clore (*via ECF*)
   Gregory Morvillo, Esq. (*via ECF*)

The application is **GRANTED.**
Sentencing adjourned to 5/11/22 at 2 p.m.
So Ordered.

*/s/ Andrew L. Carter*
4/12/22

STROOCK & STROOCK & LAVAN LLP New York • Los Angeles • Miami • Washington, DC
180 Maiden Lane, New York, NY 10038-4982 • T. 212.806.5400 • F. 212.806.6006 • www.stroock.com